UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER WILLIAMS,<br>in her own right and as legal guardian<br>of J.M., a minor, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:16-CV-00795-AGF<br>) |
| NORMANDY SCHOOLS COLLABORATIVE, | )<br>) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Cindy Reeds Ormsby, by and through the firm of Crotzer & Ormsby, LLC, and enters her appearance on behalf of all defendants.

Respectfully submitted,

CROTZER & ORMSBY, LLC

　　/s/ Cindy Reeds Ormsby
Cindy Reeds Ormsby, ED#50986MO
130 S. Bemiston, Suite 602
Clayton, MO  63105
314.726.3040/314.726.5120 (fax)

## CERTIFICATE OF SERVICE

On June 7, 2016, a copy of the foregoing was electronically filed using the e-filing system, thereby serving electronic copies via email to all named parties.

　　/s/ Cindy Reeds Ormsby

1