IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER WILLIAMS, <br> In her own right and as legal guardian <br> of J.M, a minor, and <br><br> J.M., a minor <br> Plaintiffs <br><br> Vs. <br><br> NORMANDY SCHOOLS <br> COLLABORATIVE, <br> A Missouri School District <br> Serve: Dr. CHARLES PEARSON: <br>       8283 Glenn Echo <br>       St. Louis, MO 63121 | CAUSE No. 4:16-cv-00795-AGF |

**PLAINTIFFS' DISMISSAL WITHOUT PREJUDICE**

**COME NOW** Plaintiffs Williams and J.M. and state as follows:

1. Whereas J.M. and Jennifer Williams filed a complaint demanding the following from Normandy Schools Collaborative:

    a. An immediate end to Normandy Schools Collaborative's arbitrary and summary exclusion of J.M. from school; and

    b. That J.M. be immediately returned to school; or in the alternative

    c. Normandy provide J.M. an adequate educational alternative.

1

2. Whereas Normandy Schools Collaborative has complied with Jennifer Williams's and J.M.'s demands, and has complied with all of its educational obligations to J.M., by providing J.M. the relief demanded in Plaintiffs' complaint,

**WHEREFORE** Plaintiffs hereby voluntarily dismiss the above-styled cause without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully Submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

**/s / ROBERT HERMAN**
Robert Herman,                    #32376MO
**/s/ EDWARD WELLS**
Edward Wells,                     #68471MO
*Attorneys for Plaintiffs*
8820 Ladue Road, Suite 201
St. Louis, Missouri 63124
Telephone:   (314) 852-0200
E-mail:      bherman@laduelaw.com
             ewells@laduelaw.com

2